Opinion issued March 2, 2007














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01105-CV

____________


IN RE GENERAL ELECTRIC COMPANY, WARREN PUMPS, L.L.C.,
AND INGERSOLL-RAND COMPANY, Relators






Original Proceeding on Petition for Writ of Mandamus





MEMORANDUM OPINION


 Relators, General Electric Company, Warren Pumps, L.L.C., and Ingersoll-Rand Company have filed a petition for writ of mandamus complaining of Judge
Davidson's (1) November 3, 2006 order denying their motions to dismiss on grounds of
forum non conveniens. 

 We deny the petition for writ of mandamus. See Tex. R. App. P. 52.8 (a),(d).

 We withdraw our order dated January 26, 2007, staying the underlying case
in the trial court. All other pending motions filed in this cause number with the Clerk
of this Court are denied as moot. 


PER CURIAM


Panel consists of Justices Taft, Alcala, and Hanks. 
1. The Honorable Mark Davidson, judge of the 11th District Court of Harris
County, Texas. The underlying lawsuit is Austin Richards & Gwendolyn
Richards v. Acrowood Corp., et al., trial court cause no. 2006-22116.